AO 450  (Rev. 7/99) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

AMERICAN SEATING SEATING COMPANY,

                Plaintiff,

v.

USSC GROUP, INC. et al ,

                Defendant.

                                        /

## JUDGMENT IN A CIVIL CASE

Case Number: 01:01-CV-0578

Honorable Avern Cohn

■ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT the invention of United States Patent No. 5,888,038 was not disclosed to the public or in public use before December 2, 1995 and that the USSC VPro II tie down for wheelchairs does not infringe the said United States Patent.

Pursuant to Rule (77d), FRCivP
Copies have been mailed electronically or via U.S. Mail to:
the attorneys of record

Date   January 30, 2006

ds/ Julie Owens
Deputy Clerk