UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN SEATING COMPANY,

    Plaintiff,

-vs-

            Case No. 01-00578
            Hon: AVERN COHN

USSC GROUP, INC. and
CHRISTIAN HAMMARSKJOLD,

    Defendants.
_____/

## PRETRIAL ORDER

1. This is a patent case. At issue is U.S. Patent No. 5,888,038.

2. Infringement in the manufacture and sale of the VPRo I tie down by USSC Group, Inc. has been established.

3. Trial on the issues of damages and the liability of Christian Hammarskjold for inducing infringement is scheduled to begin Monday, June 19, 2006 at 9:00 a.m. in Lansing, Michigan.

4. American Seating Company no longer asserts wilfulness.

5. Witness and exhibit lists have been filed. Objections, if any, to one or more of the exhibits shall be filed by June 1, 2006.

6. Drafts of the verdict form and jury instructions prepared by plaintiff have been lodged with the Court. The parties shall discuss the draft verdict form and instructions and advise the Court by June 10, 2006, of any disagreement.

7. Trial is estimated to last four (4) to five (5) days.

8.  Eight (8) jurors will be impaneled.  Each juror will have a blank three-ring binder with dividers.  A copy of an exhibit when admitted shall be given each juror.

9.  A juror questionnaire will be used.  The agreed-upon questionnaire must be given to the jury clerk by June 9, 2006.  The venire will fill out questionnaires on June 12, 2006.  Thereafter copies will be given to counsel.  By Noon on June 14, 2006, the jury clerk shall be advised  which members of the venire are to be excused from the impanelment process.

10.  There are no pending motions.

11.  The requirements of the Scheduling Order entered January 4, 2006, to the extent applicable to a trial on damages and inducement of infringement shall apply to the trial.

Any objection to this order shall be lodged with the Court within forty-eight (48) hours.

SO ORDERED.


Dated:  May 22, 2006  

 s/Avern Cohn  
AVERN COHN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 22, 2006, by electronic and/or ordinary mail.

 s/Julie Owens  
Case Manager, (313) 234-5160

S:\LORI\Cases\American Seating v. USSC Group\Pre-Trial Order.wpd