UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN SEATING COMPANY,

    Plaintiff,

-v-

                                              Civil Action No. 1:01-CV-578

USSC GROUP, INC.,                      Judge Avern Cohn

    Defendant.
_____/

**ORDER**[1]

    This is a patent case. Plaintiff charges defendant Christian Hammarskjold with inducing infringement of U.S. Patent 5,888,038. Plaintiff argues that the proper jury instruction when inducement is charged is as set forth in Exhibit A. The proper instruction when inducement is charged is as set forth in Exhibit B. Plaintiff "does not allege that Hammarskjold knew or should have known that his acts would result in patent infringement." (<u>Motion in Limine by American Seating Regarding Evidence of Intent to Induce Infringement</u> filed June 15, 2006, at 2.) Accordingly, defendant Christian Hammarskjold is DISMISSED as a defendant.

    SO ORDERED.

                                                          s/ Avern Cohn
                                                     Honorable Avern Cohn

DATED: June 19, 2006

---

[1] This Order memorializes the Court's bench ruling of June 19, 2006.