UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN SEATING COMPANY

    Plaintiff,

v.

          Case Number: 01:01-cv-0578

          Honorable Avern Cohn

USSC GROUP, INC., et al,

    Defendants.
_____/

## SUPPLEMENTAL JUDGMENT

This action for damages came before the Court for a trial by jury. The issues have been tried and the jury has rendered a verdict. A jury verdict having been reached on June 23, 2006;

IT IS ORDERED AND ADJUDGED that for infringement of United States Patent No. 5,888,038 of the USSC VPro I tie down for wheelchairs, plaintiff American Seating Company is awarded a judgment against defendants USSC Group, Inc., et al, in the amount of $4,652,258.00 The particulars of the amount awarded are reflected on the verdict rendered on June 23, 2006.

This judgment along with the judgment entered on January 26, 2006 concludes the case.

SO ORDERED.

Dated: June 26, 2006
          s/Avern Cohn
          AVERN COHN
          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 26, 2006, by electronic and/or ordinary mail.

          s/Julie Owens
          Case Manager, (313) 234-5160