UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN SEATING COMPANY

        Plaintiff,

                                  Case Number: 01:01-cv-0578

v.

                                  Honorable Avern Cohn

USSC GROUP, INC., et al,

        Defendants.
_____/

## **AMENDED SUPPLEMENTAL JUDGMENT**

This action for damages came before the Court for a trial by jury. The issues have been tried and the jury has rendered a verdict.   A jury verdict having been reached on June 23, 2006;

IT IS ORDERED AND ADJUDGED that for infringement of United States Patent No. 5,888,038 of the USSC VPro I tie down for wheelchairs, plaintiff American Seating Company is awarded a judgment against defendants USSC Group, Inc., et al,  in the amount of $2,326,129.00 The particulars of the amount awarded are reflected on the verdict rendered on June 23, 2006.

This judgment along with the judgment entered on January 26, 2006 concludes the case on **United States Patent No. 5,888,038, USSC VPro I tie down for wheelchairs.**

SO ORDERED.

Dated:  June 27, 2006                     s/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 27, 2006, by electronic and/or ordinary mail.

                                                s/Julie Owens
                                                Case Manager, (313) 234-5160