UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN SEATING COMPANY,

     Plaintiff,

                                   Case No. 01-00578
-vs-                                   Hon:  AVERN COHN

USSC GROUP, INC., et al.,

     Defendant.

_____/

## MEMORANDUM DETERMINING JUDGMENT
## AS FINAL FOR PURPOSE OF ENFORCEMENT AND APPEAL

     This is a patent case.  As filed, three different patents were claimed to be infringed by two different products manufactured by defendants.  Eventually the case was bifurcated so that U.S. Patent No. 5,888,038 (the '038), that was claimed to be infringed by defendants VPRo devices which tied down wheel chairs in municipal buses, and U.S. Patent Nos. 4,917,931 and 5,0616,539 (the '931 and '539), that were claimed to be infringed by defendants' vandal resistant seats, could proceed separately.  District Court proceedings as to the '038 patent have now been concluded by the Judgment entered on January 30, 2006, relating to the VPRo II device and by the Second Amended Supplemental Judgment entered June 27, 2006, as to the VPRo I device.  Plaintiff has moved for a Fed.R.Civ.P. 54(c) certification so that the Second Amended Supplemental Judgment is made final for purposes of enforcement and appeal.  Obviously the same certificate should be made for the Judgment of January 30, 2006.  Defendant opposes certification essentially on the grounds that post-trial proceedings are not complete or the

1