UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN SEATING COMPANY,　　　　　　Civil Action No. 1:01-CV-578
a Delaware corporation,

　　　　　　　　　　　　　　　　　　　Hon. Avern Cohn

　　　　　　　　Plaintiff,

v.

USSC GROUP, INC., a Pennsylvania
corporation, and CHRISTIAN
HAMMARSKJOLD, an Individual,

　　　　　　　　Defendants.

ORDER AWARDING PREJUDGMENT INTEREST

　　　　For the reasons set forth in the Court's previously issued Order on Prejudgment Interest (Docket # 300), and Plaintiff's Supplemental Memorandum Regarding Prejudgment Interest (Docket # 305), plaintiff American Seating is hereby awarded prejudgment interest on the Amended Consolidated Amended Final Judgment entered on August 22, 2006 (Docket # 303) in the amount of $150,061.00.

　　　　IT IS SO ORDERED.

Dated: January 03, 2007　　　　　　　　　s/Avern Cohn
　　　　　　　　　　　　　　　　　　　　Hon. Avern Cohn
　　　　　　　　　　　　　　　　　　　　U.S. District Judge

APPROVED AS TO FORM:

s/Todd R. Dickinson　　　　　　　　　　s/Richard A. Gaffin
Fisher & Dickinson P.C.　　　　　　　　 Miller, Canfield, Paddock & Stone, P.L.C.
4764 E. Fulton, Suite 204　　　　　　　　99 Monroe Avenue, N.W.
Ada, MI 49301　　　　　　　　　　　　　Grand Rapids, MI 49503
Telephone: (616) 575-5655　　　　　　　　Telephone: (616) 454-8656